**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200

33 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2735
(732) 603-4966

FAX (212) 818-9606
www.ssbb.com

E-Mail: jdoty@ssbb.com

May 5, 2011

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:    JPMorgan Chase Bank, N.A. v. Joseph Mundola, et al. (Civ. No. 10-cv-5383)

Dear Judge Matsumoto:

        Our firm represents JPMorgan Chase Bank, N.A. in the above captioned matter. Yesterday, we filed a motion for my admission pro hac vice (Docket No. 16) but inadvertently omitted a Certificate of Good Standing for the State of New York. The Certificate is annexed to this letter. I apologize for any inconvenience.

                                          Respectfully submitted,

                                          James I. Doty

JID:pl
Enclosure

1134878_1

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JAMES DOTY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on December 4, 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on May 4, 2011

_____
Clerk of the Court

9626