BEFORE: VIKTOR V. POHORELSKY  DATE: 5/6/11
U.S. MAGISTRATE JUDGE  START TIME: 10:35 a.m.
  END TIME: 11:10 a.m.
DOCKET NO.  CV-10-5383  JUDGE: KAM

CASE NAME:  JPMorgan Chase Bank, N.A. v. Mundola, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Status

APPEARANCES: Plaintiff  James Doty
Defendants  Roy Carlin (Addeo); Dominick DeSantis (Mundola); No Appearance (State) (unexcused)

SCHEDULING AND RULINGS:

1. The parties have begun discovery but document production remains to be done and the defendant Mundola must still serve discovery requests. The parties are urged to pursue discovery agressively given the July 31, 2011 deadline for discovery.

2. The defendant Mundola shall file his answer to the complaint by May 20, 2011, as the parties do not object to the late filing of the answer. The defendant Mundola shall also serve initial disclosures on all parties by May 20, 2011.

3. The next conference will be held by telephone on **August 5, 2011 at 3:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). The parties are to be prepared to discuss whether a settlement conference would be useful and whether dispositive motion practice will be pursued.