BEFORE: VIKTOR V. POHORELSKY DATE: 10/6/11
           U.S. MAGISTRATE JUDGE START TIME: 10:00 a.m.
                                                                     END TIME: 10:25 a.m.
DOCKET NO. CV-10-5383 JUDGE: KAM

CASE NAME: JPMorgan Chase Bank, N.A. v. Mundola, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Telephone Status

APPEARANCES: Plaintiff     James Doty
                      Defendants    Roy Carlin (Addeo); No Appearance (Mundola)
                                       (unexcused); Elizabeth Prickett-Morgan (State)

SCHEDULING AND RULINGS:

1.    The parties (other than Mundola) on a mechanism for resolving this action without engaging in extensive discovery. The claimant Mundola has not been responsive to discovery requests and has failed now to appear at several conferences. Accordingly, his claims may be subject to default.

2.    The next conference will be held by telephone on **December 6, 2011 at 2:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).