BEFORE:     VIKTOR V. POHORELSKY            DATE:      11/28/11
            U.S. MAGISTRATE JUDGE           START TIME: 11:00 a.m.
                                            END TIME:   11:20 a.m.
DOCKET NO.   CV-10-5383                      JUDGE:     KAM


CASE NAME:    JPMorgan Chase Bank, N.A. v. Mundola, et al.


<u>CIVIL CONFERENCE</u>


PURPOSE OF CONFERENCE:    Hearing on Motion to Withdraw


APPEARANCES:    Plaintiff       No Appearance (excused)
                Defendants     Roy Carlin (Addeo); Robert Adinolfi (Mundola); No
                               Appearance (excused) (State)


SCHEDULING AND RULINGS:


1.      Counsel for Mundola withdraws motion for leave to withdraw and asserts that
        Mundola will cooperate with discovery.


2.      At the next conference counsel should be prepared to advise the court concerning
        sanctions (in addition to monetary sanctions which will be imposed) that should be
        imposed for Mundola's failure to attend conferences and to participate in discovery
        for an extended period of time.


3.      The next conference will be held by telephone on **December 6, 2011 at 2:00 p.m.**, to
        be initiated by counsel for the plaintiff (Chambers: 718-613-2400).  The claimant
        Mundola is directed to attend by telephone at his counsel's office.