BEFORE:    VIKTOR V. POHORELSKY                   DATE:    12/6/11
               U.S. MAGISTRATE JUDGE              START TIME:    2:00 p.m.
                                                                          END TIME:    2:40 p.m.
DOCKET NO.    CV-10-5383                                       JUDGE:    KAM

CASE NAME:    JPMorgan Chase Bank, N.A. v. Mundola, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Status & Scheduling

APPEARANCES:    Plaintiff        James Doty
                          Defendants    Roy Carlin (Addeo); Robert Adinolfi (Mundola);
                                            Elizabeth Prickett-Morgan (State)

SCHEDULING AND RULINGS:

1. For failing to appear at conferences and for failing to provide discovery responsive to the claimant Addeo's requests, the claimant Mundola is required to pay to counsel for Addeo $1,000 for attorneys' fees and expenses pursuant to Rules 16(f) and 37(a).

2. On or before December 20, 2011, the claimant Mundola shall provide complete responses in writing to the discovery requests served by the plaintiff and the claimant Addeo, and shall produce all documents requested. No information or documents may be withheld from disclosure on the basis of any objection, all objections having been waived by the failure timely to respond to the above discovery requests. (To the extent that responses have already been served, but are not complete, the claimant Mundola has until the above deadline to supplement his responses to bring them into compliance with the above order.)

3. On or before December 31, 2011, all parties shall complete all disclosures required by Rule 26(a)(1).

4. Except for depositions, and compliance with the above orders, discovery is closed.

5. The next conference will be held by telephone on **February 3, 2011 at 3:15 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).