UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------

JPMORGAN CHASE BANK, N.A.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff-in-Interpleader,　　:　　　Civ. No. 10-cv-5383
　　　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
JOSEPH MUNDOLA, EMILIA ADDEO, and　　:　　**Notice of Appearance**
JAMIE WOODWARD in her capacity as Acting　:
Commissioner for the NEW YORK STATE　　　:
DEPARTMENT OF TAXATION AND FINANCE, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants-in-Interpleader.　:
　　　　　　　　　　　　　　　　　　　　　:

--------------------------------------------------------------

　　　**PLEASE TAKE NOTICE** that the undersigned, admitted *pro hac vice* in this action, hereby enters an appearance as counsel of record for JPMorgan Chase Bank, N.A.

Dated:  August 14, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James I. Doty
　　　　　　　　　　　　　　　　　　　Satterlee Stephens Burke & Burke LLP
　　　　　　　　　　　　　　　　　　　230 Park Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10169
　　　　　　　　　　　　　　　　　　　(212) 818-9200

　　　　　　　　　　　　　　　　　　　*Attorneys for JPMorgan Chase Bank, N.A.*

1134273_1