## SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200

33 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2735
(732) 603-4966

FAX (212) 818-9606
www.ssbb.com

E-Mail: jdoty@ssbb.com

September 4, 2012

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    JPMorgan Chase Bank, N.A. v. Joseph Mundola, et al. (Civ. No. 10-cv-5383)

Dear Judge Matsumoto:

      On behalf of all parties, I write to request a short extension of time in which to file a discontinuation with prejudice in the above-captioned action.  As mentioned during the August 14, 2012 status conference, the parties are pursuing a global settlement, which entails resolving the parallel action currently pending in Italy.  Although the settlement agreement resolving the above-captioned action is substantially completed, the parties have not yet been able to finalize an agreement regarding the Italian action, due in part to the availability of Italian counsel during August.  There are no substantive disputes regarding any outstanding issues; the parties simply need several more days to finalize the paperwork.  Accordingly, the parties respectfully request one additional week (*i.e.*, until September 11, 2012) to file a discontinuation with prejudice.  Thank you for your consideration.

                                         Respectfully submitted,

                                         James I. Doty

1347973_1