BEFORE:     VIKTOR V. POHORELSKY            DATE:        1/23/13
            U.S. MAGISTRATE JUDGE          START TIME:  11:00 a.m.
                                           END TIME:    11:25 a.m.
DOCKET NO.   CV-10-5383                     JUDGE:       KAM

CASE NAME:    JPMorgan Chase Bank, N.A. v. Mundola, et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Status/Settlement

APPEARANCES:  Plaintiff      James Doty
              Defendants     Roy Carlin (Addeo); Dominic Disantis (Mundola); No
                             Appearance (State)(excused)

SCHEDULING AND RULINGS:

1.     The parties have proposed an amendment to the settlement agreement which, if
       accepted by the plaintiff, will resolve the difficulty with respect to disbursement of the
       interpleaded funds.  The plaintiff's counsel has recommended to the plaintiff that they
       accept the amendment.

2.     The next conference will be held in person on **February 6, 2013 at 11:00 a.m.**